427 A.2d 246

Miller, Appellant, v. Aetna Life Ins. Co.

Argued April 10, 1979. J. M. Maurizi, for appellant; Robert B. Banlo, for appellee.

Before SPAETH, WATKINS and VAN der VOORT, JJ.

Order and judgment affirmed.

SPAETH, J., concurred in the result.

427 A.2d 246

Ransom, Appellant, v. Ransom.

Ransom v. Ransom, Appellant.

Eric D. Turner, for appellant at Nos. 533 and 536 and for appellee at Nos. 631 and 632; Edward L. Edelstein, for appellant at Nos. 631 and 632 and appellee at Nos. 533 and 536.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.